# EXHIBIT "B"

WAVE
web accessibility evaluation tool

powered by WebAIM

The following apply to the entire page:

*en*




Styles: OFF ON

## Details

Details Reference Order Structure Contrast

| 59 | 6 | 65 |
|---|---|---|
| Errors | Contrast Errors | Alerts |
| 39 | 87 | 228 |
| Features | Structure | ARIA |

AIM Score: 3.9 out of 10

### 59 Errors

- 4 Missing alternative text
- 6 Linked image missing alternative text
- 14 Spacer image missing alternative text
- 3 Missing form label
- 2 Empty form label
- 28 Empty button

Loading...



# Maddox heart diamond necklace

14 karat solid gold, lab diamond

3 reviews - *tabindex=0*

aria

"presentation"*

*ROLE="IMG"* *ARIA-LABEL="MADDOX HEART DIAMOND

aria *role="radio", aria-checked="true"* *aria-label="Maddox heart diamond necklace"*

*tabindex=0*

*ROLE="IMG"* *ARIA-LABEL="MADDOX HEART DIAMOND

aria *role="radio", aria-checked="false"* *aria-label="Maddox heart diamond necklace"*

*tabindex=-1*

aria *role="radiogroup"* *aria-labelledby="group5933472"*

**US$402**

Size guide

ADD TO BAG

*Recycling icon*

Handcrafted

*Icon of a Paper Plane*

Free delivery

*Icon of a box with a heart inside.*

Easy returns*

*Icon of smilying face with hearts for eyes.*

1-year warranty aria *role="link"*

### Details

### Size & fit

### Material & care

*aria-label="Open chat"*

Loading...

### Shipping, returns & warranty

s also bought

## Why people love us

*role="presentation"*
*role="presentation"*

3

Reviews

REVIEWS ( 3)
*ROLE="TAB", ARIA-SELECTED="TRUE", ARIA-CONTROLS="OKEREVIEWS-REVIEWS-695354-PANEL"*

QUESTIONS
*ROLE="TAB", ARIA-SELECTED="FALSE", ARIA-CONTROLS="OKEREVIEWS-QANDA-695354-PANEL"*

WRITE A REVIEW *TABINDEX=0* Most Re

JESSICA R.

Verified Buyer

ths ago
*role="presentation"*

## Love how dainty and minimal it is

This is exactly what I was looking for. A dainty minimalist necklace that I don't have to worry about taking off. It's so beautiful too, the gold chain sparkles and I'm just obsessed.

ERIK P.

Verified Buyer

1 year ago
*role="presenta

## Wife loves it

*aria-label="Open chat"*

Loading...

Got this for my wife for Mother's Day. She loves it!

ELIZABETH L.

Verified Buyer

1 year ago

*role="presentation"*

## So dainty and pretty

Very dainty necklace. Exactly as pictured and just what I was looking for!

*role="tabpanel"* *aria-labelledby="okeReviews-reviews-695354-tab"*



Adorn *Adorn* Adorn *Adorn* Adorn *Adorn*

### Made to stay in

Sleep-in. Shower-in. Live-in earrings designed for real life.

Shop now

### Solid gold, no shortcuts

14k solid gold only. Nickel-free. Lead-free. Safe for sensitive ears.

Read more

### Free US shipping

Always free in the US. Worldwide shipping free over US $320.

Shipping policy

Adorn *Adorn*

*aria-label="Open chat"*

Loading...

### Easy returns, real support

Simple returns + 1-year warranty. Real humans. Real help.

Return policy

#### SHOP

- New in
- Bestsellers
- Jewelry
- Fine jewelry
- Gifts

#### ABOUT

- About us
- Our materials
- Affiliates
- Shop our Instagram

#### CUSTOMER CARE

- Customer care
- Contact us
- Shipping
- Returns & Warranty
- International
- Ordering & payment

*logo_light*

Receive email updates on stuff you'll probably want to know about, including products, launches, and events. Unsubscribe anytime.

Name

*aria-label="Newsletter Submit Button"*

*Adornmonde*

*TikTok Logo*

© 2026 Adornmonde

*aria-label="Open chat"*

WAVE
web accessibility evaluation tool

powered by WebAIM

Styles: OFF ON

## Details

Details Reference Order Structure Contrast

| 66 Errors | 6 Contrast Errors | 64 Alerts |
|---|---|---|
| 46 Features | 89 Structure | 236 ARIA |

AIM Score: 3.9 out of 10

### 66 Errors

- 4 Missing alternative text
- 8 Linked image missing alternative text
- 18 Spacer image missing alternative text
- 4 Missing form label
- 2 Empty form label
- 28 Empty button
- 2 Empty link

### 6 Contrast Errors

- 6 Very low contrast

### 64 Alerts

- 2 Select missing label
- 25 Orphaned form label

The following apply to the entire page:



Loading...



# Alfred diamond mini hoop piercing

14 karat solid gold, diamond, single earring

4 reviews - *tabindex=0*

"presentation"*

*role="radio", aria-checked="true"* *aria-label="Alfred diamond mini hoop piercing - Sold Out"* *tabindex=0*

*role="radio", aria-checked="false"* *aria-label="Alfred diamond mini hoop piercing - Sold Out"* *tabindex=-1*

*role="radiogroup"* *aria-labelledby="group4876359"*

US$244

Size guide

Item sold individually

Qty 1

SOLD OUT

NOTIFY ME WHEN AVAILABLE

*Recycling icon*

Recycled gold & silver

*Icon of a Paper Plane*

Free delivery

*Icon of a box with a heart inside.*

Easy returns*

*Icon of smilying face with hearts for eyes.*

1-year warranty *role="link"*

### Details

*aria-label="Open chat"*

Loading...

h3 Material & care

h3 Shipping, returns & warranty

C... o... s also bought

## Why people love us

aria aria

*role="presentation"*
*role="presentation"*

4

Reviews

REVIEWS ( Tт 4) aria

*ROLE="TAB", ARIA-SELECTED="TRUE", ARIA-CONTROLS="OKEREVIEWS-REVIEWS-475908-PANEL"*

QUESTIONS aria

*ROLE="TAB", ARIA-SELECTED="FALSE", ARIA-CONTROLS="OKEREVIEWS-QANDA-475908-PANEL"*

WRITE A REVIEW *TABINDEX=0* Most Re

LYNLEI B.

Verified Buyer

aria ...ths ago

*role="presentation"*

h2

Beautiful and dainty

I loved this jewelry in the picture and even more in person she's small but very pretty. I'm satisfied.

*aria-label="Open chat"* *(

Loading...

ALICIA

aria nths ago

*role="presentation"*

h2 5 Stars

Love these earrings

Verified by shop

KELLY P.

Verified Buyer

aria 1 year ago

*role="presentation"*

h2 such a fun hoop!

these are so great! I love the curve in them - it makes my stack feel more exciting while still being minimal. the size is great for multiple places on the ear, but I think these will live in my second holes for quite some time! the clicker is very secure and the post is thick enough that it doesn't bend out of place like clickers I have gotten from other businesses! I also love there bezel set so there are no prongs to snag ◡̈ 10/10!!!!!

*Image by Kelly P.*

MARTHA A.

Verified Buyer

aria 1 year ago

*role="presentation"*

h2 These are the most beautiful earrings I have had in a long time!

I have 9 piercings in my ears, and I very carefully choose what I am going to wear.

*aria-label="Open chat"*

Loading...

None of my earrings match except the earrings in the two front holes. These earrings are perfect for those two front piercings. They fit my lobes and have just the right amount of sparkle. But the little curve of the hoop makes them more unique than other diamond hoops. They are comfortable, beautiful and high quality. I won't be taking these out for a long time!

aria *role="tabpanel"* *aria-labelledby="okeReviews-reviews-475908-tab"*

/ Home / Alfred diamond mini hoop piercing aria *aria-current="page"*

*aria-label="breadcrumbs"*

Adorn *Adorn* Adorn *Adorn* Adorn *Adorn*

### Made to stay in

Sleep-in. Shower-in. Live-in earrings designed for real life.

Shop now

### Solid gold, no shortcuts

14k solid gold only. Nickel-free. Lead-free. Safe for sensitive ears.

Read more

### Free US shipping

Always free in the US. Worldwide shipping free over US $320.

Shipping policy

Adorn *Adorn*

*aria-label="Open chat"*

Loading...

Easy returns, real support

Simple returns + 1-year warranty. Real humans. Real help.

Return policy

#### SHOP

- New in
- Bestsellers
- Jewelry
- Fine jewelry
- Gifts

#### ABOUT

- About us
- Our materials
- Affiliates
- Shop our Instagram

#### CUSTOMER CARE

- Customer care
- Contact us
- Shipping
- Returns & Warranty
- International
- Ordering & payment

*logo_light*

Receive email updates on stuff you'll probably want to know about, including products, launches, and events. Unsubscribe anytime.

Name

*aria-label="Newsletter Submit Button"*

*Adornmonde*

*TikTok Logo*

© 2026 Adornmonde

*aria-label="Open chat"*