**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SUSAN RUSSO,**

**Plaintiff,**

**- against -**

**ADORNMONDE, INC.,**

**Defendant.**

**26-cv-5780 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The time to respond to the complaint was August 5, 2026. There has been no response to the complaint. The time to respond is extended to **September 11, 2026.** If the defendant fails to respond by September 11, 2026, the plaintiff may move by order to show cause for a default judgment against the defendant.

The parties are directed to discuss settlement and report to the Court on the status of the case by **October 8, 2026.**

The conference scheduled for November 4, 2026 is canceled.

**SO ORDERED.**

**Dated: New York, New York**
**August 27, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**